# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARRON D. BURTON,<br><br>    Defendant. | CASE NO. CR13-5298BHS<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion for a continuance of the trial date. The Court, having considered the unopposed motion, the affidavit of defense counsel in support of the motion and the Defendant's speedy trial waiver makes the following findings of fact and conclusions of law:

    1. Negotiations in this case came to a halt while counsel were involved in a lengthy fraud case. Negotiations have resumed, and the parties need additional time to reach a reasonable settlement, in lieu of trial.

    2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

    3. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

4. Defendant waived speedy trial through February 28, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from January 14, 2014, to February 4, 2014, at 9:00 a.m. Pretrial Conference is set for January 21, 2014, at 10:00 p.m. The resulting period of delay from January 9, 2014, to February 4, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 10th day of January, 2014.

BENJAMIN H. SETTLE
United States District Judge