JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR13-5298BHS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| ARRON D. BURTON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE, IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this ___ day of April, 2014.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant

ORDER SEALING – page 1